## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLIFTON DEVENING,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )     **CIVIL NO. 06-273-WDS** |
| | ) |
| **JOHN CHAMBERS,** | ) |
| | ) |
| **Respondent.** | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Petitioner, currently incarcerated in the Danville Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his confinement stemming from his 1998 conviction in Franklin County, Illinois, for first degree murder.[1]  He seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and the Court finds that he is, in fact, indigent.  Therefore, the motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

---

[1] Petitioner previously challenged this same conviction in another habeas corpus petition filed in this District; that petition was dismissed for failure to exhaust his state court remedies. *Devening v. Leibach*, Case No. 03-cv-836-GPM (S.D. Ill., filed Dec. 9, 2003).

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States

Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c),

*should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED: July 18, 2006.**


**s/ *WILLIAM D.  STIEHL***
**DISTRICT JUDGE**