IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLIFTON W. DEVENING,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOHN CHAMBERS,** | ) |
| | ) |
|     **Respondent.** | )    No. 06-273-DRH |

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 29, 2009, the petition is **DENIED** and this case is **DISMISSED** with prejudice--------------------------------------------------------------------------------

                                       **JUSTINE FLANAGAN, ACTING CLERK**


                                 **BY:**       **/s/*Sandy Pannier***
                                                  **Deputy Clerk**

Dated: September 29, 2009


APPROVED: /s/  *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT